# Court of Appeals
# of the State of Georgia

ATLANTA, September 17, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0008.  LABARRION HARRIS v. THE STATE.**

Based on the sparse materials submitted with this application, it appears that LaBarrion Harris pled guilty to armed robbery and other crimes.  He later filed a motion for an out-of-time appeal, which the trial court denied.  Harris filed an application for discretionary appeal in the Supreme Court, which transferred the matter here.

An order denying a motion for out-of-time appeal may be appealed directly. See, e.g., *Ingram v. State*, 300 Ga. App. 834 (686 SE2d 440) (2009); *Lewis v. State*, 300 Ga. App. 586 (685 SE2d 485) (2009).  Accordingly, this application for discretionary appeal is GRANTED pursuant to OCGA § 5-6-35 (j).  Harris shall have ten days from the date of this order to file a notice of appeal with the trial court.  If he has already filed a notice of appeal from the order at issue, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
      Clerk's Office, Atlanta, 09/17/2013
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_, Clerk.